**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luis Alberto Montalvo          CHAPTER 13
       Debtor(s)

BKY. NO. 22-10203 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Village Capital & Investment, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Rebecca Solarz*
                                             Rebecca Solarz
                                             01 Feb 2022, 15:20:48, EST

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322