United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10203-pmm
Luis Alberto Montalvo | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

**Recip ID           Recipient Name and Address**
db                 +  Luis Alberto Montalvo, 4038 Lawndale Street, Philadelphia, PA 19124-5224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

**Name**                              **Email Address**
DAVID M. OFFEN
     on behalf of Debtor Luis Alberto Montalvo dmo160west@gmail.com
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
     on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC mfarrington@kmllawgroup.com

REGINA COHEN

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE<br><br>LUIS ALBERTO MONTALVO,<br>                Debtor<br>~~~~~~~~~~~~~~~~~~~~~~<br>ALLY CAPITAL,<br>                Movant<br>         vs.<br><br>LUIS ALBERTO MONTALVO,<br>                Respondent(s)<br>        and<br><br>KENNETH E. WEST<br>                Trustee | CHAPTER 13<br><br>CASE NO.: 22-10203-PMM<br><br><br><br><br>**HEARING DATE:**<br>Wednesday, January 24, 2024<br>1:00 P.M.<br><br><br><br><br>**LOCATION:**<br>900 Market Street, Suite 400<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2020 Mitsubishi Outlander Utility 4D SE 4WD 2.4L I4, V.I.N. JA4AZ3A37LZ047704) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

~~The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.~~

*/s/ Patricia M. Mayer/*

**Date: January 22, 2024**

Patricia M. Mayer
U.S. BANKRUPTCY JUDGE