United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10203-pmm
Luis Alberto Montalvo | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Feb 28, 2025      Form ID: 138OBJ      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Alberto Montalvo, 4038 Lawndale Street, Philadelphia, PA 19124-5224 |
| 14664849 | | Northstar Location Services, LLC, Attn: Financial Services Department, 4385 Genesee Street, Buffalo, NY 14225-1943 |
| 14665645 | + | Syncjrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674207 | + | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 14666224 | + | Village Capital & Investment, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14664861 | | Village Capital & Investments, LLC, PO Box 679118, Dallas, TX 75267-9118 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2025 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14664831 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 01 2025 01:46:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14664833 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 01 2025 01:46:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14667748 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 01 2025 01:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14666117 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:07:32 | Ally Capital, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14666054 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:08:25 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14674576 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:07:42 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14664834 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2025 01:46:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14664835 | + | Email/Text: ashley.gjorgjeski@arconcredit.com | Mar 01 2025 01:47:00 | Arcon Credit Solutions LLC, 8425 Seasons Parkway, Suite 106, Saint Paul, MN 55125-3377 |
| 14664836 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 01 2025 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Box 8801, Wilmington, DE 19899-8801 |
| 14664839 | Email/Text: megan.harper@phila.gov | Mar 01 2025 01:47:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14664840 | Email/Text: correspondence@credit-control.com | Mar 01 2025 01:46:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042 |
| 14664841 | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 01 2025 01:46:00 | Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 14664837 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 02:08:45 | Capital One, N.A., PO Box 30273, Salt Lake City, UT 84130-0273 |
| 14664838 | + Email/Text: bankruptcy@cavps.com | Mar 01 2025 01:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14665650 | + Email/Text: bankruptcy@cavps.com | Mar 01 2025 01:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14664842 | Email/Text: collecadminbankruptcy@fnni.com | Mar 01 2025 01:46:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14664843 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 01 2025 01:46:00 | Fortiva, Payment Processing, PO Box 650721, Dallas, TX 75265-0721 |
| 14664844 | Email/Text: clientservices@glassmountaincapital.com | Mar 01 2025 01:46:00 | Glass Mountain Capital LLC, 1375 East Woodfield Road, Suite 400, Schaumburg, IL 60173-5426 |
| 14664845 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 02:08:27 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 14664846 | ^ MEBN | Mar 01 2025 00:42:40 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14669963 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2025 02:30:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666115 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2025 01:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14664847 | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2025 01:47:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14664848 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2025 01:47:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14682315 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 02:07:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666683 | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2025 01:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14673789 | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2025 01:47:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14664850 | + Email/Text: customerservice@rcservicesllc.org | Mar 01 2025 01:47:00 | Receivable Collection Services, LLC, 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 14664851 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2025 01:47:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14664854 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:19:44 | Synchrony Bank, PO Box 96006, Orlando, FL 32896-0006 |
| 14664853 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:45 | Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 14664852 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:15 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14665322 | ^ MEBN | | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Feb 28, 2025 | Form ID: 138OBJ | Total Noticed: 47

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2025 00:42:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664855 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:06:56 | Synchrony Bank / eBay Mastercard, PO Box 530939, Atlanta, GA 30353-0939 |
| 14664856 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14664857 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:06:54 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14664860 | + | Email/Text: Bankruptcy@teachersfcu.org | Mar 01 2025 01:47:00 | Teachers Federal Credit Union, 102 Motor Parkway, Hauppauge, NY 11788-5109 |
| 14664858 | + | Email/Text: Bankruptcy@teachersfcu.org | Mar 01 2025 01:47:00 | Teachers Federal Credit Union, Attn: Bankruptcy, P.O. Box 9005, Smithtown, NY 11787-9005 |
| 14674207 | ^ | MEBN | Mar 01 2025 00:42:36 | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 14666187 | ^ | MEBN | Mar 01 2025 00:42:31 | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14664832 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14664859 | *+ | Teachers Federal Credit Union, Attn: Bankruptcy, P.O. Box 9005, Smithtown, NY 11787-9005 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Luis Alberto Montalvo dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REGINA COHEN
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)–doc 50 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Luis Alberto Montalvo ) Case No. 22−10203−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 28, 2025                                    For The Court

                                                                              Timothy B. McGrath
                                                                              Clerk of Court