**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                          Case No. 22-10203-pmm
                                                                                      Chapter 13

Luis Alberto Montalvo

Debtor(s).

## NOTICE OF APPEARANCE

**Village Capital & Investment, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 75736
          Stern & Eisenberg, PC
          1581 Main Street, Ste. 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: 215-572-8111
          Fax: 215-572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of March, 2025, to the following:

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Luis Alberto Montalvo
4038 Lawndale Street
Philadelphia, PA 19124

***Debtor(s)***


                                                          By:       /s/ Steven K. Eisenberg
                                                                         Steven K. Eisenberg, Esquire