United States Bankruptcy Court Eastern District of Pennsylvania

**Bankruptcy Clerk's Office**

900 Market Street Suite 400

Philadelphia, PA 19107


Re: Reported Bankruptcy


Date Filed/Reported: 02/04/2022

Reference #: 22-10203-elf

Closing date: 03/18/2025


To Whom It May Concern,

I am exercising my right under the Fair Credit Reporting Act, Section 609, to request information regarding a public record from your court appearing on my consumer credit report. I have disputed the item with the credit bureaus Experian, Equifax and TransUnion – all of which confirmed that the public record was verified by you.

Please provide the procedure in which you report information specifically as it pertains to Experian, Equifax and Transunion, as well as the method by which you verified information to Experian, Equifax and Transunion if they request it. I am not asking for information regarding PACER, LexisNexis, simply information pertaining to the credit bureaus themselves.

Thank you for your time and help in this matter.

Sincerely,


Luis Alberto Montalvo


4038 Lawndale St

Philadelphia, PA 19124



I, _____LUIS ALBERTO MONTALVO_____, HEREBY CERTIFY THAT THIS IS A TRUE COPY OF MY PENNSYLVANIA STATE DRIVER LICENSE AND SOCIAL SECURITY CARD.

X _____
            LUIS ALBERTO MONTALVO

State of _____NY_____

County of \_\_\_NSY NY\_\_\_\_\_

On this \_15\_ day of \_Avg\_\_\_\_, 20 25 , before me personally appeared

LUIS ALBERTO MONTALVO

to me known to be the person who executed the forgoing instrument, and acknowledged that he/she executed the same as his/her free act and deed.

SEAL (signed) _____
                    Notary Public

ZLATIN DZAFEROVIC
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DZ6043259
Qualified in Queens County
Commission Expires June 12, 2026